**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket: 3076 |
|---|---|

**PETITIONERS' MOTION TO CORRECT PROOF OF SERVICE**

Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol (the "Petitioners") hereby move for leave to file the corrected Proof of Service of their Notice of Potential Tag Along Actions, attached as **Exhibit A**. In support of the motion, Petitioners state:

1. On March 1, 2023, Petitioners filed their Notice of Potential Tag Along Actions, and a Proof of Service.

2. The JPML Case Administrator contacted Petitioners and advised that the attached Corrected Proof of Service should be filed with this motion.

Accordingly, the Petitioners respectfully request that the Panel grant this motion and grant Petitioners leave to file the attached Corrected Proof of Service.

Dated: March 7, 2023                                Respectfully submitted,

                                                          By: */s/ Adam Moskowitz*
                                                          Adam M. Moskowitz
                                                          Joseph M. Kaye
                                                          **THE MOSKOWITZ LAW FIRM, PLLC**
                                                          2 Alhambra Plaza, Suite 601
                                                          Coral Gables, FL 33134
                                                          Telephone: (305) 740-1423
                                                          adam@moskowitz-law.com
                                                          joseph@moskowitz-law.com

                                                         By: */s/ David Boies*
                                                         David Boies
                                                         Alex Boies
                                                         Brooke Alexander
                                                         **BOIES SCHILLER FLEXNER LLP**
                                                         333 Main Street

*In re: FTX Collapse Litigation*

Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*