BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket 3076 |

**CORRECTED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2023, a copy of the foregoing Motion to Correct Amended Proof of Service and this Corrected Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 ||
|---|---|
| *Counsel for Plaintiff, Connor O'Keefe :*<br>Via Electronic Mail<br>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>Via Electronic Mail<br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>Via Electronic Mail<br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br><br>Via Electronic Mail | Via Mail<br>Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail<br>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br>Via Mail<br>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br>Via Mail<br>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |

| | |
|---|---|
| C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | 　　　　　　　　　Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>　　　　　　　　　Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>　　　　　　　　　Via Mail<br>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>　　　　　　　　　Via Mail<br>Defendant, Paradigm Operations LP<br>Through It's Registered Agent, Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>　　　　　　　　　Via Mail<br>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>　　　　　　　　　Via Mail<br>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>　　　　　　　　　Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>　　　　　　　　　Via Mail<br>Defendant,  Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |

|  | Via Mail<br>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br>Via Mail<br>Defendant,Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China<br>Via Mail<br>Defendant, Fenwick & West LLP<br>Silicon Vally Center 801 California Street<br>Mountain View, CA 94041<br>Via Eletronic Mail<br>*Counsel for Prager Metis CPAs, LLC*<br>Irene Yang<br>Sidley Austin LLP<br>555 California St<br>San Francisco, CA<br>(415) 772-1230<br>irene.yang@sidley.com<br>Via Mail<br>Defendant, Armanino, LLP<br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br>Via Mail<br>Defendant, Softbank Group Corp.<br>Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |
|---|---|

Dated: March 7, 2023                 Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com

joseph@moskowitz-law.com

**By: */s/ David Boies*** 
David Boies 
Alex Boies 
Brooke Alexander 
**BOIES SCHILLER FLEXNER LLP** 
333 Main Street 
Armonk, NY 10504 
Phone: (914) 749–8200 
dboies@bsfllp.com

**By: */s/ Stephen Neal Zack*** 
Stephen Neal Zack 
**BOIES SCHILLER FLEXNER LLP** 
100 SE 2nd St., Suite 2800 
Miami, FL 33131 
Office: 305-539-8400 
szack@bsfllp.com

**By: */s/Jose M. Ferrer*** 
Jose M. Ferrer 
**MARK MIGDAL & HAYDEN** 
80 S.W. 8th Street, Suite 1999 
Miami, Florida 33130 
Telephone: (305) 374-0440 
jose@markmigdal.com 
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*