### BEFORE THE UNITED STATES
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX Cryptocurrency Exchange Collapse Litigation | MDL Docket 3076 |

### PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 9, 2023, a copy of the foregoing Notice of Withdrawal of Motion to Correct Amended Proof of Service and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida<br>Norris et al v. Brady et al, Case No.: 1:23-CV-20439 ||
|---|---|
| *Counsel for Plaintiffs:* <br> Via Electronic Mail <br> Adam M. Moskowitz <br> The Moskowitz Law Firm, PLLC <br> 2 Alhambra Plaza, Suite 601 <br> Coral Gables, FL 33134-6036 <br> 305-740-1423 <br> adam@moskowitz-law.com <br> Via Electronic Mail <br> Jose Manuel Ferrer <br> Mark Migdal and Hayden <br> 80 SW 8 Street, Suite 1999 <br> Miami, FL 33131 <br> 305-374-0440 <br> jose@markmigdal.com <br> Via Electronic Mail <br> Joseph M. Kaye <br> The Moskowitz Law Firm, PLLC <br> 2 Alhambra Plaza, Suite 601 <br> Miami, FL 33134 <br> 305-740-1423 <br> joseph@moskowitz-law.com <br> Via Electronic Mail <br> Stephen N. Zack <br> Boies Schiller & Flexner | *Counsel for Defendant* Thomas Brady <br> Via Electronic Mail <br> Stephanie Anne Casey <br> Colson Hicks Eidson <br> 255 Alhambra Circle, PH <br> Coral Gables, FL 33134 <br> 305-476-7400 <br> 305-476-7444 <br> scasey@colson.com <br> Via Electronic Mail <br> Zachary Andrew Lipshultz <br> Colson Hicks Eidson <br> 255 Alhambra Circle <br> Coral Gables, FL 33134 <br> 305-476-7400 <br> zach@colson.com <br> Via Electronic Mail <br> Andrew B. Clubok <br> Latham & Watkins LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, DC 20004 <br> 202-637-2200 <br> andrew.clubok@lw.com |

| | |
|---|---|
| 100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><div align="right">Via Electronic Mail</div>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street<br>Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><div align="right">Via Electronic Mail</div>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><div align="right">Via Electronic Mail</div>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | <div align="right">Via Electronic Mail</div>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><div align="right">Via Electronic Mail</div>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><div align="right">Via Electronic Mail</div>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br><div align="right">Via Electronic Mail</div>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><div align="right">Via Electronic Mail</div>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><div align="right">Via Electronic Mail</div>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br><div align="right">Via Electronic Mail</div>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse |

Coral Gables, FL 33134-2351
305-476-7400
476-7444
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*
                                    Via Electronic Mail
Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com
                                    Via Electronic Mail
Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com
                                    Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                                    Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*

| | |
|---|---|
| | Via Electronic Mail |
| | Christopher Stephen Carver |
| | Akerman LLP |
| | Three Brickell City Centre Suite 1100 |
| | 98 Southeast Seventh Street |
| | Miami, FL 33131 |
| | 305-982-5572 |
| | 305-374-5095 |
| | christopher.carver@akerman.com |
| | Via Electronic Mail |
| | Jason Samuel Oletsky |
| | Akerman LLP |
| | 201 East Las Olas Boulevard, Ste 1800 |
| | Fort Lauderdale, FL 33301 |
| | 954-759-8909 |
| | 954-463-2224 |
| | jason.oletsky@akerman.com |
| | Via Electronic Mail |
| | Katherine Ann Johnson |
| | Akerman LLP |
| | 201 E. Las Olas Blvd., Suite 1800 |
| | Fort Lauderdale, FL 33301 |
| | 954-463-2700 |
| | 954-463-2224 |
| | Katie.johnson@akerman.com |

**US District Court for the Southern District of Florida**
**Garrison et al v. Bankman-Fried et al, Case No.:  1:22-CV-23753**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brad, Gisele Bundchen, and Lawrence Gene David:* |
|---|---|
| Via Electronic Mail | Via Electronic Mail |
| Adam M. Moskowitz | Stephanie Anne Casey |
| The Moskowitz Law Firm, PLLC | Colson Hicks Eidson |
| 2 Alhambra Plaza, Suite 601 | 255 Alhambra Circle, PH |
| Coral Gables, FL 33134-6036 | Coral Gables, FL 33134 |
| 305-740-1423 | 305-476-7400 |
| adam@moskowitz-law.com | scasey@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Jose Manuel Ferrer | Zachary Andrew Lipshultz |
| Mark Migdal and Hayden | Colson Hicks Eidson |
| 80 SW 8 Street, Suite 1999 | 255 Alhambra Circle |
| Miami, FL 33131 | Coral Gables, FL 33134 |
| 305-374-0440 | 305-476-7400 |
| jose@markmigdal.com | zach@colson.com |
| Via Electronic Mail | Via Electronic Mail |
| Joseph M. Kaye | Andrew B. Clubok |
| The Moskowitz Law Firm, PLLC | |

| | |
|---|---|
| 2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br>Via Electronic Mail | Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Via Electronic Mail |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>100 SE 2nd Street<br>Suite 2800, Miami Tower<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>Via Electronic Mail | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br>Via Electronic Mail |
| Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br>Via Electronic Mail | Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angels, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Via Electronic Mail |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>Via Electronic Mail | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Jessica.stebbinsbina@lw.com<br>Via Electronic Mail |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br>Via Electronic Mail | Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br>Via Electronic Mail |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br>Via Electronic Mail |
| | Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200 |

Susan.Engel@lw.com

Via Electronic Mail

Roberto Martinez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-2351
305-476-7400
bob@colson.com

*Counsel for Defendant Kevin O'Leary:*

Via Electronic Mail

Brandon Scott Floch
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Blvd.  Suite 2530
Miami, FL 33131
305-434-4943
bfloch@mnrlawfirm.com

Via Electronic Mail

Jeffrey Eldridge Marcus
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
305-400-4260
866-780-8355
jmarcus@mnrlawfirm.com

Via Electronic Mail

Jeffrey Adam Neiman
Marcus Neiman & Rashbaum LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
954-462-1200
954-688-2492
jneiman@mnrlawfirm.com

Via Electronic Mail

Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com

Via Electronic Mail

Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069

310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                                                 Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                                                 Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                                                 Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for William Trevor Lawrence*
                                                 Via Electronic Mail
**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*
                                                 Via Electronic Mail
**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street

San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com
*Counsel for Samuel Bankman-Fried*

Via Electronic Mail

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads
LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Via Mail

Defendant, Stephen Curry
28 Selby Ln, Atherton, CA 94027

Via Mail

Defendant, Shaquille O'Neal
4012 Sahara Ct, Carrollton, TX 75010

Via Mail

Defendant, Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3

Via Mail

Defendant, Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

Via Mail

Defendant, Naomi Osaka
9621 Arby Dr.
Beverly Hills, California, 90210

Via Mail

Consol Defendant, Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

Via Mail

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and

Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471

stephanie.avakian@wilmerhale.com
<div align="right">Via Mail</div>

Defendant Zixiao Gary Wang
304 Island Lane
Egg Harbor Township, NJ 08234
and
<div align="right">Via Electronic Mail</div>

c/o Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
T: +1.212.859.8000
ilan.graff@friedfrank.com;
alex.miller@friedfrank.com
<div align="right">Via Mail</div>

Defendant Nishad Singh
746 Jennifer Way
Milpitas, CA 95035
and
<div align="right">Via Electronic Mail</div>

c/o Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
+1 202 842 7800 phone
<div align="right">Via Electronic Mail</div>

Consol Defendant, Dan Friedberg
c/o Telemachus P. Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212.880.9555
tkasulis@maglaw.com

**US District Court for the Southern District of Florida**
**Podalsky et al v. Bankman-Fried et al, Case No.: 1:22-cv-23983**

| *Counsel for Plaintiffs:* | *Counsel for Defendants Thomas Brady,* |
|---|---|
| Via Electronic Mail | *Gisele Bundchen, and Lawrence Gene David:* |
| Adam M. Moskowitz | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | Stephanie Anne Casey |
| 2 Alhambra Plaza, Suite 601 | Colson Hicks Eidson |
| Coral Gables, FL 33134-6036 | 255 Alhambra Circle, PH |
| 305-740-1423 | Coral Gables, FL 33134 |

| | |
|---|---|
| adam@moskowitz-law.com | 305-476-7400 |
| Via Electronic Mail | 305-476-7444 |
| Jose Manuel Ferrer | scasey@colson.com |
| Mark Migdal and Hayden | Via Electronic Mail |
| 80 SW 8 Street, Suite 1999 | Zachary Andrew Lipshultz |
| 33130 | Colson Hicks Eidson |
| Miami, FL 33131 | 255 Alhambra Circle |
| 305-374-0440 | Coral Gables, FL 33134 |
| jose@markmigdal.com | 305-476-7400 |
| Via Electronic Mail | zach@colson.com |
| Joseph M. Kaye | Via Electronic Mail |
| The Moskowitz Law Firm, PLLC | Andrew B. Clubok |
| 2 Alhambra Plaza, Suite 601 | Latham & Watkins LLP |
| Miami, FL 33134 | 555 Eleventh Street, NW, Suite 1000 |
| 305-740-1423 | Washington, DC 20004 |
| joseph@moskowitz-law.com | 202-637-2200 |
| Via Electronic Mail | andrew.clubok@lw.com |
| Stephen N. Zack | Via Electronic Mail |
| Boies Schiller & Flexner | Brittany M.J. Record |
| 100 SE 2nd Street | Latham & Watkins LLP |
| Suite 2800, Miami Tower | 555 Eleventh Street, N.W., Suite 1000 |
| Miami, FL 33131-2144 | Washington, DC 20004 |
| 305-539-8400 | 202-637-2200 |
| 305-539-1307 | Brittany.Record@lw.com |
| szack@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Elizabeth A. Greenman |
| Ursula Ungaro | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 100 SE 2nd Street, Suite 2800 | Los Angels, CA 90067 |
| Miami, FL 33131 | 424-653-5500 |
| 305-479-6553 | Elizabeth.Greenman@lw.com |
| uungaro@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Jessica Stebbins Bina |
| Alexander Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd. Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Jessica.stebbinsbina@lw.com |
| aboies@bsfllp.com | Via Electronic Mail |
| Via Electronic Mail | Marvin Putnam |
| David Boies | Latham & Watkins LLP |
| Boies Schiller Flexner LLP | 10250 Constellation Blvd., Suite 1100 |
| 333 Main Street | Los Angeles, CA 90067 |
| Armonk, NY 10504 | 424-653-5500 |
| 914-749-8200 | Marvin.Putnam@lw.com |
| dboies@bsfllp.com | |

|  | Via Electronic Mail |
|---|---|
|  | Michele D. Johnson |
|  | Latham & Watkins LLP |
|  | 650 Town Center Drive, 20th Floor |
|  | Costa Mesa, CA 92626 |
|  | 714-540-1235 |
|  | michele.johnson@lw.com |
|  | Via Electronic Mail |
|  | Susan E. Engel |
|  | Latham & Watkins LLP |
|  | 555 Eleventh Street, N.W., Suite 1000 |
|  | Washington, DC 20004 |
|  | 202-637-2200 |
|  | Susan.Engel@lw.com |
|  | Via Electronic Mail |
|  | Roberto Martinez |
|  | Colson Hicks Eidson |
|  | 255 Alhambra Circle, Penthouse |
|  | Coral Gables, FL 33134-2351 |
|  | 305-476-7400 |
|  | bob@colson.com |
|  |  |
|  | *Counsel for Defendant Kevin O'Leary:* |
|  | Via Electronic Mail |
|  | Brandon Scott Floch |
|  | Marcus Neiman Rashbaum & Pineiro LLP |
|  | 2 South Biscayne Blvd. |
|  | Suite 2530 |
|  | Miami, FL 33131 |
|  | 305-434-4943 |
|  | bfloch@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Eldridge Marcus |
|  | Marcus Neiman & Rashbaum, LLP |
|  | One Biscayne Tower - Suite 1750 |
|  | 2 South Biscayne Boulevard |
|  | Miami, FL 33131 |
|  | 305-400-4260 |
|  | 866-780-8355 |
|  | jmarcus@mnrlawfirm.com |
|  | Via Electronic Mail |
|  | Jeffrey Adam Neiman |
|  | Marcus Neiman & Rashbaum LLP |
|  | 100 Southeast Third Avenue, Suite 805 |
|  | Fort Lauderdale, FL 33394 |
|  | 954-462-1200 |

954-688-2492
jneiman@mnrlawfirm.com
                          Via Electronic Mail
Michael Anthony Pineiro
Marcus Neiman & Rashbaum LLP
2 S. Biscayne Boulevard, Suite 1750
Miami, FL 33131
305-400-4268
mpineiro@mnrlawfirm.com
                          Via Electronic Mail
Andrew B. Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
abrettler@berkbrettler.com

*Counsel for Defendant David Ortiz:*
                          Via Electronic Mail
Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre Suite 1100
98 Southeast Seventh Street
Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com
                          Via Electronic Mail
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
                          Via Electronic Mail
Katherine Ann Johnson
Akerman LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301
954-463-2700
954-463-2224
Katie.johnson@akerman.com

*Counsel for Trevor Lawrence*

Via Electronic Mail

**MGC Law**
Tommy Lydon, Attorney
tlydon@mgclaw.com
1320 Main Street, 10th Floor
Columbia, SC 29201
Main:803-779-2300
Direct:803-227-2292
Fax:803-748-0526

*Counsel for Golden State Warriors, LLC*

Via Electronic Mail

**Gibson, Dunn & Crutcher LLP**
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
Tel +1 415.393.8212
Fax +1 415.374.8466
MKahn@gibsondunn.com

*Counsel for Samuel Bankman-Fried*

Via Electronic Mail

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Via Mail

Defendant Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332

Via Mail

Defendant Sam Trabucco
36 Winner Circle,
Wells ME 04090-5174

Via Mail

Defendant Caroline Ellison
327 Franklin Street
Newton, MA 02458
and

Via Electronic Mail

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037

Phone: 202-663-6471

stephanie.avakian@wilmerhale.com

                             Via Mail

Defendant Zixiao Gary Wang

304 Island Lane

Egg Harbor Township, NJ 08234

And               Via Electronic Mail

c/o Alex B. Miller

Fried Frank

One New York Plaza

New York, New York 10004

T: +1.212.859.8000

ilan.graff@friedfrank.com;

alex.miller@friedfrank.com

                             Via Mail

Defendant Nishad Singh

746 Jennifer Way

Milpitas, CA 95035

and               Via Electronic Mail

c/o Andrew Goldstein

Cooley LLP

1299 Pennsylvania Avenue, NW

Suite 700

Washington, DC 20004-2400

agoldstein@cooley.com

+1 202 842 7800 phone

               Via Electronic Mail

Defendant Dan Friedberg

c/o Telemachus P. Kasulis

Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue

New York, NY  10017

212.880.9555

tkasulis@maglaw.com

                             Via Mail

Defendant Stephen Curry

28 Selby Ln, Atherton, CA 94027

                             Via Mail

Defendant Shaquille ONeal

4012 Sahara Ct, Carrollton, TX 75010

                             Via Mail

Defendant Shohei Ohtani

2000 Gene Autry Way

Anaheim, California, 92806

                             Via Mail

| | Defendant Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210 |
|---|---|

## US District Court for the Southern District of Florida
### O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700

| *Counsel for Plaintiff:*     Via Mail | |
|---|---|
|          Via Electronic Mail<br>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com | Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>         Via Mail |
|          Via Electronic Mail<br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com | Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br>         Via Mail |
|          Via Electronic Mail<br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com | Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br>         Via Mail<br>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br>         Via Mail |
|          Via Electronic Mail<br>C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com | Defendant, Farmington State Bank d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>         Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>         Via Mail |
|          Via Electronic Mail<br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com | Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>         Via Mail |
|          Via Electronic Mail<br>Kerry James Miller | Defendant, Paradigm Operations LP |

| | |
|---|---|
| Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>                                    Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>                                    Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | Through It's Registered Agent, Cogency<br>Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>                                    Via Mail<br>Defendant, Temasek Holdings (Private)<br>Limited<br>Through It's Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>                                    Via Mail<br>Defendant, Softbank Vision Fund (AIV M2)<br>L.P.<br>Through It's Registered Agent, Corporation<br>Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>                                    Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>                                    Via Mail<br>Defendant,  Altimeter Capital Management,<br>LP<br>Through It's Registered Agent, The<br>Corporation Trust Company Corporation<br>Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>                                    Via Mail<br>Defendant, Multicoin Capital Management<br>LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br>                                    Via Mail<br>Defendant,Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>                                    Via Mail<br>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing,<br>Beijing Shi, 100125, China<br>                                    Via Mail<br>Defendant, Fenwick & West LLP |

|  | Silicon Vally Center 801 California Street Mountain View, CA 94041 |
|---|---|
|  | *Via Eletronic Mail* |
|  | *Counsel for Prager Metis CPAs, LLC* |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California St |
|  | San Francisco, CA |
|  | (415) 772-1230 |
|  | irene.yang@sidley.com |
|  | *Via Mail* |
|  | Defendant, Armanino, LLP |
|  | 12657 Alcosta Blvd, Suite 500 |
|  | San Ramon, CA 94583 |
|  | *Via Mail* |
|  | Defendant, Softbank Group Corp. |
|  | Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |

### US District Court for the Northern District of California
### Papadakis v. Bankman-Fried et al, Case No.: 3:23-CV-00024

| *Counsel for Plaintiff:* | *Counsel for Defendant Armanino LLP:* |
|---|---|
| *Via Electronic Mail* | *Via Electronic Mail* |
| Frederic S. Fox | Ann Marie Mortimer |
| Kaplan Fox & Kilsheimer | Hunton Andrews Kurth LLP |
| 850 Third Avenue, 14th Floor | 550 South Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2103 |
| FFox@kaplanfox.com | amortimer@HuntonAK.com |
| *Via Electronic Mail* | *Via Electronic Mail* |
| Jeffrey Philip Campisi | Kirk Austin Hornbeck |
| Kaplan Fox and Kilsheimer LLP | Hunton Andrews Kurth LLP Los Angeles Office |
| 850 Third Avenue | 550 S. Hope Street, Suite 2000 |
| New York, NY 10022 | Los Angeles, CA 90071 |
| 212-687-1980 | 213-532-2000 |
| jcampisi@kaplanfox.com | 213-532-2020 |
| *Via Electronic Mail* | khornbeck@HuntonAK.com |
| Joel B. Strauss | *Via Electronic Mail* |
| Kaplan Fox & Kilsheimer LLP | Thomas Richard Waskom |
| 805 Third Avenue, 14th Floor | Hunton Andrews Kurth LLP |
| New York, NY 10022 | 951 East Byrd St. |
| 212-687-1980 | Richmond, VA 23219 |
| 212-687-7714 | 804-788-8403 |
| jstrauss@kaplanfox.com | twaskom@HuntonAK.com |
| *Via Electronic Mail* |  |
| Kathleen A. Herkenhoff |  |

| | |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>Kherkenhoff@kaplanfox.com<br><div align="right">Via Electronic Mail</div>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | *Counsel for Defendant Prager Metis CPAs, LLC:*<br><div align="right">Via Electronic Mail</div>Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br><div align="right">Via Electronic Mail</div>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br><div align="right">Via Electronic Mail</div>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><div align="right">Via Electronic Mail</div>Irene Yang<br>Sidley Austin LLP<br>555 California St<br>San Francisco, CA<br>(415) 772-1230<br>irene.yang@sidley.com<br><br><div align="right">Via Electronic Mail</div>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com<br><div align="right">Via Electronic Mail</div>Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads |

| | |
|---|---|
| | LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| | Via Mail |
| | Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and |
| | Via Electronic Mail |
| | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| | Via Mail |
| | Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and |
| | Via Electronic Mail |
| | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
| | Via Mail |
| | Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And |
| | Via Electronic Mail |
| | c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |
| **US District Court for the Northern District of California** | |
| **Jessup v. Bankman-Fried et al, Case No.: 3:22-cv-07666-JSC** | |
| *Counsel for Plaintiff:* | Via Electronic Mail |

| | |
|---|---|
| Via Electronic Mail<br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street<br>18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><br>Via Electronic Mail<br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com | Defendant Samuel Bankman-Fried<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads<br>LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>Via Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br><br>Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br><br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br><br>Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br><br>Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone |

| | Via Mail |
|---|---|
| | Defendant Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174 |

**US District Court for the Northern District of California**
**Hawkins v. Bankman-Fried et al, Case No.: 3:22-CV-07620**

| | |
|---|---|
| *Counsel for Plaintiff:*<br>              Via Electronic Mail<br>Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190<br>jpafiti@pomlaw.com | Defendant Samuel Bankman-Fried<br>              Via Electronic Mail<br>c/o Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
|               Via Electronic Mail<br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>eitank@bgandg.com |               Via Mail<br>Defendant Caroline Ellison<br>327 Franklin Street<br>Newton, MA 02458<br>and<br>              Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
|               Via Electronic Mail<br>J Alexander Hood, II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>ahood@pomlaw.com |               Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and |
|               Via Electronic Mail<br>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>jalieberman@pomlaw.com |               Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com |
|               Via Electronic Mail<br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>peretz@bgandg.com |               Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>And<br>              Via Electronic Mail |

| | c/o Andrew Goldstein |
| --- | --- |
| | Cooley LLP |
| | 1299 Pennsylvania Avenue, NW |
| | Suite 700 |
| | Washington, DC 20004-2400 |
| | agoldstein@cooley.com |
| | +1 202 842 7800 phone |
| | |
| | *Counsel for Defendant Armanino LLP:* |
| | <div align="right">Via Electronic Mail</div> |
| | Ann Marie Mortimer |
| | Hunton Andrews Kurth LLP |
| | 550 South Hope Street, Suite 2000 |
| | Los Angeles, CA 90071 |
| | 213-532-2103 |
| | amortimer@HuntonAK.com |
| | <div align="right">Via Electronic Mail</div> |
| | Kirk Austin Hornbeck |
| | Hunton Andrews Kurth LLP Los Angeles Office |
| | 550 S. Hope Street, Suite 2000 |
| | Los Angeles, CA 90071 |
| | 213-532-2000 |
| | 213-532-2020 |
| | khornbeck@HuntonAK.com |
| | <div align="right">Via Electronic Mail</div> |
| | Thomas Richard Waskom |
| | Hunton Andrews Kurth LLP |
| | 951 East Byrd St. |
| | Richmond, VA 23219 |
| | 804-788-8403 |
| | twaskom@HuntonAK.com |

**US District Court for the Northern District of California**
**Pierce et al v. Bankman-Fried et al, Case No.: 3:22-CV-07444**

| *Counsel for Plaintiffs:* | Defendant Samuel Bankman-Fried |
| --- | --- |
| <div align="right">Via Electronic Mail</div> | <div align="right">Via Electronic Mail</div> |
| Marshal Hoda | c/o Jeremy D. Mishkin |
| The Hoda Law Firm, PLLC | Montgomery McCracken Walker & Rhoads LLP |
| 12333 Sowden Road, Suite B, PMB 51811 | |
| Houston, TX 77080 | 1735 Market Street |
| 832-848-0036 | Philadelphia, PA 19103-7505 |
| marshal@thehodalawfirm.com | Direct: 215-772-7246 |
| <div align="right">Via Electronic Mail</div> | jmishkin@mmwr.com |
| Steven C. Vondran | <div align="right">Via Mail</div> |
| The Law Offices of Steven C. Vondran, PC | Defendant Caroline Ellison |
| One Sansome Street, Suite 3500 | 327 Franklin Street |

| | |
|---|---|
| San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | Newton, MA 02458<br>and<br>Via Electronic Mail<br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com<br>Via Mail<br>Defendant Zixiao Gary Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br>and<br>Via Electronic Mail<br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>ilan.graff@friedfrank.com;<br>alex.miller@friedfrank.com<br>Via Mail<br>Defendant Nishad Singh<br>746 Jennifer Way<br>Milpitas, CA 95035<br>and<br>Via Electronic Mail<br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>+1 202 842 7800 phone<br><br>*Counsel for Defendant Armanino LLP:*<br>Via Electronic Mail<br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>Via Electronic Mail<br>Kirk Austin Hornbeck |

Hunton Andrews Kurth LLP Los Angeles
Office
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071
213-532-2000
213-532-2020
khornbeck@HuntonAK.com

                                    Via Electronic Mail
Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 East Byrd St.
Richmond, VA 23219
804-788-8403
twaskom@HuntonAK.com

*Counsel for Defendant Prager Metis CPAs,
LLC:*

                                    Via Electronic Mail
Bruce Roger Braun
Sidley Austin LLP
One S. Dearborn
Chicago, Il 60603
312-853-7000
312-853-7036
bbraun@sidley.com

                                    Via Electronic Mail
Joanna Rubin Travalini
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
jtravalini@sidley.com

                                    Via Electronic Mail
Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com

                                    Via Electronic Mail
Tommy Hoyt
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-0914

|  | 312-853-7036 |
|  | thoyt@sidley.com |
|  | Via Electronic Mail |
|  | Via Eletronic Mail |
|  | *Counsel for Prager Metis CPAs, LLC* |
|  | Irene Yang |
|  | Sidley Austin LLP |
|  | 555 California St |
|  | San Francisco, CA |
|  | (415) 772-1230 |
|  | irene.yang@sidley.com |

| **US District Court for the Northern District of California** ||
| **Bhatia v. Silvergate Bank, Case No.: 3:23-cv-00667** ||
| *Counsel for Plaintiff, Soham Bhatia:* | *Counsel for Silvergate Bank. Silvergate* |
| Via Electronic Mail | *Capital Corporation, and Alan J Lane* |
| Matthew W. Reiser , Reise | Via Electronic Mail |
| Reiserlaw | Leo D. Caseria |
| 1475 N. Broadway, Suite 300 | Sheppard Mullin Richter & Hampton LLP, |
| Walnut Creek, CA 94596 | 2099 Pennsylvania Ave., NW, # 100, |
| (925) 256-0400 | Washington, DC 20002 |
| Email: matthew@reiserlaw.com | Phone 202.747.1900 |
| Via Electronic Mail | Fax 202.747.1901 |
| Michael Joseph Reiser | lcaseria@sheppardmullin.com |
| Reiser Law p.c. |  |
| 1475 N. Broadway, Suite #300 |  |
| Walnut Creek, CA 94596 |  |
| (925)256-0400 |  |
| Fax: 925-476-0304 |  |
| Email: Michael@reiserlaw.com |  |

| **US District Court for the Northern District of California** ||
| **Keane v. Silvergate Bank, et al., Case No. 4:23-cv-00670** ||
| *Counsel for Plaintiff, Nicole Keane* | *Counsel for Silvergate Bank. And Silvergate* |
| Via Electronic Mail | *Capital Corporation* |
| Jack Fitzgerald | Via Electronic Mail |
| Fitzgerald Joseph, LLP | Polly Towill |
| 2341 Jefferson Street, Suite 200 | Sheppard, Mullin, Richter & Hampton LLP |
| San Diego, CA 92110 | 333 S. Hope Street, 48th Floor |
| (619) 215-1741 | Los Angeles, CA 90071 |
| Email: jack@fitzgeraldjoseph.com | 213-620-1780 |
| Via Electronic Mail | Fax: 213-620-1398 |
| Caroline Emhardt | Email: ptowill@sheppardmullin.com |
| Fitzgerald Joseph LLP |  |

2341 Jefferson Street, Suite 200
San Diego, CA 92110
(619) 215-1741
Email: caroline@fitzgeraldjoseph.com
                        Via Electronic Mail
James M. Davis
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
Fax: 619-338-1101
Email: jdavis@bholaw.com
                        Via Electronic Mail
Melanie Rae Persinger
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
(619) 215-1741
Email: melanie@fitzgeraldjoseph.com
                        Via Electronic Mail
Paul K. Joseph
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
(619) 215-1741
Email: paul@fitzgeraldjoseph.com
                        Via Electronic Mail
Thomas Joseph O'Reardon , II
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
(619) 338-1100
Fax: (619) 338-1101
Email: toreardon@bholaw.com
                        Via Electronic Mail
Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
(619) 338-1100
Fax: (619) 338-1101
Email: tblood@bholaw.com
                        Via Electronic Mail
Trevor Matthew Flynn
Fitzgerald Joseph, LLP
2341 Jefferson Street, Suite 200

| San Diego, CA 92110<br>(619) 215-1741<br>Email: trevor@fitzgeraldjoseph.com | |
|---|---|
| **US District Court for the Northern District of California**<br>**Magleby, et al. v. Silvergate Bank, et al., No. 3:23-cv-00669** | |
| *Counsel for Plaintiffs:*<br><div align="right">Via Electronic Mail</div>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com | *Counsel for Silvergate Bank. And Silvergate Capital Corporation*<br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>Fax: 213-620-1398<br>Email: ptowill@sheppardmullin.com |
| <div align="right">Via Electronic Mail</div>Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com | |
| <div align="right">Via Electronic Mail</div>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: tomw@girardsharp.com | |
| <div align="right">Via Electronic Mail</div>Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com | |
| <div align="right">Via Electronic Mail</div>Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com | |

| US District Court for the Northern District of California | |
|:---:|
| **Lam et al v. Bankman-Fried, Case No.: 3:22-CV-07336** | |

| | |
|---|---|
| *Counsel for Plaintiff, Elliott Lam:* | Via Electronic Mail |
| Via Electronic Mail | Defendant Sam Bankman-Fried |
| William M. Audet | c/o Jeremy D. Mishkin |
| Audet & Partners, LLP | Montgomery McCracken Walker & Rhoads |
| 711 Van Ness Avenue. Suite 500 | LLP |
| San Francisco, CA 94102-3229 | 1735 Market Street |
| 415-568-2555 | Philadelphia, PA 19103-7505 |
| 415-568-2556 | Direct: 215-772-7246 |
| waudet@audetlaw.com | jmishkin@mmwr.com |
| Via Electronic Mail | Via Electronic Mail |
| Kurt David Kessler | Defendant Caroline Ellison |
| Audet & Partners LLP | c/o Stephanie Avakian |
| 711 Van Ness Avenue | 2100 Pennsylvania Avenue NW |
| Suite 500 | Washington DC 20037 |
| San Francisco, CA 94102-3275 | Phone: 202-663-6471 |
| 415-568-2555 | stephanie.avakian@wilmerhale.com |
| kkessler@audetlaw.com | Via Electronic Mail |
| Via Electronic Mail | Defendant Golden State Warriors, LLC |
| Laurence D. King | c/o Gibson, Dunn & Crutcher LLP |
| Kaplan Fox & Kilsheimer LLP | Matthew S. Kahn |
| 1999 Harrison Street, Suite 1560 | 555 Mission Street |
| Oakland, CA 94612 | San Francisco, CA 94105-0921 |
| 415-772-4700 | Tel +1 415.393.8212 |
| 415-772-4707 | Fax +1 415.374.8466 |
| lking@kaplanfox.com | MKahn@gibsondunn.com |
| Via Electronic Mail | |
| Ling Yue Kuang | |
| Audet & Partners, LLP | |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, CA 94102 | |
| 415-568-2555 | |
| 415-568-2556 | |
| lkuang@audetlaw.com | |
| Via Electronic Mail | |
| Robert Lawrence Lieff | |
| PO Drawer A | |
| Rutherford, CA 94573 | |
| 415-250-4800 | |
| rlieff@lieff.com | |
| | |
| *Counsel for Plaintiffs, Julie Papadakis, Elliott* | |
| *Jessup:* | |
| Via Electronic Mail | |
| Laurence D. King | |

| | |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><div align="right">Via Electronic Mail</div>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>415-373-9435<br>tlogan@edelson.com<br><br>*Counsel for Plaintiff, Russell Hawkins:*<br><div align="right">Via Electronic Mail</div>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff, Stephen T. Pierce:*<br><div align="right">Via Electronic Mail</div>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com<br><div align="right">Via Electronic Mail</div>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com | |

| US District Court for the Southern District of California | |
|---|---|
| **Gonzalez v. Silvergate Bank et al, Case No.: 3:22-CV-01981** | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Silvergate Bank* |
| <div align="right">Via Electronic Mail</div>Adam E. Polk | <div align="right">Via Electronic Mail</div>John Michael Landry |

| | |
|---|---|
| Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>                    Via Electronic Mail<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br>                    Via Electronic Mail<br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br>                    Via Electronic Mail<br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com<br>                    Via Electronic Mail<br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | Sheppard Mullin Richter &<br>Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>                    Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter &<br>Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br>                    Via Electronic Mail<br>Polly Towill<br>Sheppard Mullin Richter and<br>Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 213-<br>617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Capital*<br>*Corporation*<br>                    Via Electronic Mail<br>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>                    Via Electronic Mail<br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br>                    Via Electronic Mail<br>Polly Towill |

|  | Sheppard Mullin Richter and Hampton LLP |
|  | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-617-5480 |
|  | 213-620-1398 |
|  | ptowill@sheppardmullin.com |
|  |  |
|  | *Counsel for Defendant Alan J. Lane* |
|  | Via Electronic Mail |
|  | John Michael Landry |
|  | Sheppard Mullin Richter & Hampton |
|  | 333 South Hope Street |
|  | 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | jlandry@sheppardmullin.com |
|  | Via Electronic Mail |
|  | Madalyn Annabel Macarr |
|  | Sheppard Mullin Richter & Hampton |
|  | 333 S. Hope Street. 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-620-1780 |
|  | 213-620-1398 |
|  | mmacarr@sheppardmullin.com |
|  | Via Electronic Mail |
|  | Polly Towill |
|  | Sheppard Mullin Richter and Hampton LLP |
|  | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071 |
|  | 213-617-5480 |
|  | 213-620-1398 |
|  | ptowill@sheppardmullin.com |

**US District Court for the Southern District of California**
**Sepulveda Zuleta et al v. Silvergate Capital Corporation et al,**
**Case No.: 3:22-CV-01901**

| *Counsel for Plaintiffs* | *Counsel for Defendanst Silvergate Capital* |
|  Via Electronic Mail | *Corporation, Christopher M. Lane, Alan J.* |
|  | *Lane, Tyler J. Pearson, Jason Brenier* |
| Caroline S. Emhardt | Via Electronic Mail |
| Fitzgerald Joseph LLP | Polly Towill |
| 2341 Jefferson Street, Suite 200 | Sheppard Mullin Richter and Hampton LLP |
| San Diego, CA 92110 | 333 South Hope Street, 43rd Floor |
| 619-215-1741 | Los Angeles, CA 90071 |
| caroline@fitzgeraldjoseph.com | 213-617-5480 |
|  Via Electronic Mail | 213-620-1398 |
| Jack Fitzgerald |  |

Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
619-331-2943
jack@fitzgeraldjoseph.com
                         Via Electronic Mail
James M. Davis, IV
Casey Gerry LLP
110 Laurel Street, San Diego, CA 92101
619-238-1811
619-544-9232
jdavis@cglaw.com (Inactive)
                         Via Electronic Mail
Melanie Rae Persinger
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
melanie@fitzgeraldjoseph.com
                         Via Electronic Mail
Paul K. Joseph
Fitzgerald Joseph LLP
2341 Jefferson Street, Suite 200
San Diego, CA 92110
619-215-1741
paul@pauljosephlaw.com
                         Via Electronic Mail
Thomas Joseph O'Reardon, II
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
toreardon@bholaw.com
                         Via Electronic Mail
Timothy G. Blood
Blood Hurst & O'Reardon, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
619-338-1100
619-338-1101
tblood@bholaw.com
                         Via Electronic Mail
Trevor Matthew Flynn
Fitzgerald Joseph, LLP

ptowill@sheppardmullin.com
                         Via Electronic Mail
John Michael Landry
Sheppard Mullin Richter & Hampton
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
jlandry@sheppardmullin.com

                         Via Electronic Mail
Madalyn Annabel Macarr
Sheppard Mullin Richter & Hampton 333 S.
Hope Street, 43rd Floor
Los Angeles, CA 90071
213-620-1780
213-620-1398
mmacarr@sheppardmullin.com

| | |
|---|---|
| 2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | |

<table>
<tr><td colspan="2" align="center"><strong>US District Court for the Southern District of California</strong><br><strong>Husary et al v. Silvergate Bank et al, Case No.: 3:23-CV-00038</strong></td></tr>
<tr>
<td><em>Counsel for Plaintiffs Andrawes Husary,<br>Francisco De Tomaso, Soham Bhatia,<br>Michael Hawwa:</em><br><div align="right">Via Electronic Mail</div>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br><div align="right">Via Electronic Mail</div>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><div align="right">Via Electronic Mail</div>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br><div align="right">Via Electronic Mail</div>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com(Inactive)<br><div align="right">Via Electronic Mail</div>Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower</td>
<td valign="top"><em>Counsel for Defendanst Silvergate Capital<br>Corporation, Silvergate Bank, and Alan J.<br>Lane</em><br><div align="right">Via Electronic Mail</div>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>John Michael Landry<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><div align="right">Via Electronic Mail</div>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton 333 S.<br>Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com</td>
</tr>
</table>

100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
md@lklsg.com
                         Via Electronic Mail
Matthew Whitacre Reiser
Reiser Law PC
1475 North Broadway, Suite 300
Walnut Creek, CA 94596
925-256-0400
matthew@reiserlaw.com
                         Via Electronic Mail
Michael J Reiser
Law Office of Michael Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
925-256-0400
925-476-0304
michael@reiserlaw.com

*Counsel for Plaintiffs Victoria J. Wilson*
                         Via Electronic Mail
Levine Kellogg Lehman Schneider Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
305-403-8789
vjw@lklsg.com

Dated: March 9, 2023                Respectfully submitted,

                    By: ***/s/ Adam Moskowitz***
                    Adam M. Moskowitz
                    Joseph M. Kaye
                    **THE MOSKOWITZ LAW FIRM, PLLC**
                    2 Alhambra Plaza, Suite 601
                    Coral Gables, FL 33134
                    Telephone: (305) 740-1423
                    adam@moskowitz-law.com
                    joseph@moskowitz-law.com

                    **By: */s/ David Boies***
                    David Boies
                    Alex Boies
                    Brooke Alexander

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By:** */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

**By:** */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*